**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CORPORATION COMPANY OF MIAMI,,**

              **Plaintiff,**

**-vs-**                                                                **Case No. 6:12-mc-118-Orl-28KRS**

**GREAT LAKES TRANSPORTATION**
**HOLDING LLC d/b/a METRO CARS, A.**
**GREGORY EATON, and DANIEL RET,**

              **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **NON-PARTIES' MOTION TO QUASH SUBPOENAS (Doc. No. 1)**
>
> **FILED:**      **November 1, 2012**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Rumberger, Kirk & Caldwell, Suzanne Hill and Joshua Brown ask the Court to quash subpoenas issued to them by Plaintiff, Corporation Company of Miami, in connection with a case pending in the Southern District of Florida. The Certificate of Service reflects that the motion was served on counsel for Corporation Company of Miami on November 1, 2012. Therefore, a response

to the motion was due on or before November 19, 2012.[1] As of the writing of this Order, no response has been filed and the time to respond has passed. Therefore, the subpoenas are **QUASHED.**

The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] A response was due 14 days after service plus 3 days for mailing, which date was November 18, 2012. Because November 18, 2012 was a Sunday, the response was due on the next business day, November 19, 2012.